UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                           :

SABRE INDUSTRIES, INC.,                       :

                    Plaintiff         :           26-CV-00209 (JAV)

          -v-                 :           <u>ORDER</u>

DISH WIRELESS LEASING L.L.C.,         :

                  Defendant.   :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On April 1, 2026, Defendant filed an unopposed motion to stay all proceedings in this action until the resolution by the Judicial Panel on Multidistrict litigation ("JPML") of Defendants' motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407, filed with the Judicial Panel on Multidistrict Litigation on March 2, 2026.  ECF No. 14.

      IT IS ORDERED that all proceedings in this action are stayed pending the resolution of Defendant's motion for transfer.  It is FURTHER ORDERED that the parties shall submit a joint status report within one week of the JPML's decision on the motion.

      The Clerk of Court is directed to stay this matter, and to terminate ECF No. 14.

SO ORDERED.

Dated: June 3, 2026                   _____
      New York, New York            JEANNETTE A. VARGAS
                                      United States District Judge