UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SABRE INDUSTRIES, INC., Plaintiff, -v- DISH WIRELESS LEASING L.L.C., Defendant. | : | 26-CV-00209 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On July 1, 2026, a Suggestion of Bankruptcy was filed in this case, advising that on June 30, 2026, DISH Wireless Leasing L.L.C. filed a voluntary petition for relief pursuant to Chapter 11, Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. See ECF No. 23.

IT IS HEREBY ORDERED that, pursuant to Section 362(a) of the Bankruptcy Code, this matter is stayed pending further order of the Court. See 11 U.S.C. § 362(a)(1) (the filing of a Chapter 11 petition "operates as a stay, applicable to all entities, of the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title").

In view of the automatic stay imposed by section 362 of the Bankruptcy Code, this action is administratively closed subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.

The initial pretrial conference scheduled for Thursday, July 9, 2026, is adjourned *sine*

*die.* The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge